# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 04/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Senior) | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William F. Kerby and Robert S. Potter Fund |
| 2. | Lecturer in Law | Columbia Law School |
| 3. | Member, Columbia Board of Visitors | Columbia Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. | 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement, Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month/life, no increase, decrease or cap |
| 3. | 2010 | Practising Law Institute and Robert D. Sack, publication of 4th edition of treatise on defamation law; royalty 15% of net receipts |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Practising Law Institute Book Royalties | $29,706.70 |
| 2. 2011 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2011 | Lecturer in Law, Columbia Law School | $15,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Dewey Ballantine Partnership Distribution (X) |
| 2. 2011 | West Services Inc. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Forum on Communications Law | 2/3-5/2011 | Rancho Mirage, CA | Communications Law Conference | Travel, Hotel and Meals |
| 2. | Boston University | 4/14/11 | Boston, MA | Homer Albers Prize Moot Court Competition | Travel |
| 3. | University of Rochester | 10/22/11 | Rochester, NY | Symposium | Travel and Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JP Morgan 1086 US Govt MMKT Fund - Premier (formerly Morgan) | | None | | | Sold (part) | 01/04/11 | J | | |
| 3. | | | | | Sold (part) | 01/12/11 | J | | |
| 4. | | | | | Sold | 02/15/11 | M | | |
| 5. Unsecured loan to David W. McClintick (X) | | None | | | Closed | 12/31/11 | J | | |
| 6. Dewey Ballantine Partnership Capital Account (X) | | None | | | Closed | 12/31/11 | J | | |
| 7. Oppenheimer Advantage Municipal Liquidity Fund | A | Interest | J | T | | | | | |
| 8. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 9. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 10. Invesco Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 11. Oppenheimer NY Municipal Fund Cl A | D | Dividend | L | T | | | | | |
| 12. Opp New York NY City Mun Wtr Fin NY 3.625% Due 6/15/25 | A | Int./Div. | K | T | | | | | |
| 13. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 14. Guardian Life Insurance Policy | C | Dividend | L | T | | | | | |
| 15. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley Money Market Fund | A | Dividend | K | T | | | | | |
| 17. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Interest | K | T | | | | | |
| 19. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | B | Interest | K | T | | | | | |
| 20. MS NYS Power Auth Rev Ref Ser-C 4% due 11/15/20 | B | Interest | K | T | | | | | |
| 21. MS NYC Genl Oblig Ser-1 4% Due 2/1/22 | C | Interest | L | T | | | | | |
| 22. MS Invesco Gobal Core Equity A (X) | A | Dividend | J | T | | | | | |
| 23. MS Invesco VK Small Cap Value A (X) | A | Dividend | K | T | | | | | |
| 24. MSIF Small Co Growth PTF H (X) | A | Dividend | J | T | | | | | |
| 25. MS Focus Growth FD A | A | Dividend | J | T | | | | | |
| 26. MS Oppen. AMT Free NY Mun | D | Dividend | M | T | | | | | |
| 27. MS Franklin NY Tax FR A | B | Dividend | K | T | | | | | |
| 28. MS Goldman Sachs High Yld Muni A | A | Dividend | | | Sold | 02/25/11 | K | | |
| 29. JPMorgan Federal Money Market Fund - Morgan | A | Dividend | K | T | | | | | |
| 30. Fiduciary Holdings (SS) (X) | D | Int./Div. | M | T | | | | | |
| 31. -Morgan Stanley Bank Deposit Program (X) | | | | | | | | | |
| 32. -MS MTA NY Transit Zero Coupon Bond due 7/1/13 (X) | | | | | | | | | |
| 33. -Morgan Stanley Franklin NY Tax FR A (X) | | | | | | | | | |
| 34. -MS Oppen AMT Free NY Mun A (X) | | | | | Sold (part) | 07/28/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise Portfolio (AH) | G | Int./Div. | P1 | T | | | | | |
| 36. -Ameriprise Insured Money Market | | | | | | | | | |
| 37. -FID ADV FLOAT RT H/INC-C | | | | | Buy | 03/17/11 | K | | |
| 38. -FID ADV HIGH INCOME-C | | | | | Buy | 03/17/11 | K | | |
| 39. | | | | | Sold | 06/24/11 | K | | |
| 40. -TRANS AEGON S/TRM BD-C | | | | | Buy | 03/17/11 | K | | |
| 41. | | | | | Sold | 05/03/11 | K | | |
| 42. -INV VK MUNI INCOME-A INVESCO FUNDS | | | | | Sold (part) | 04/26/11 | K | | |
| 43. -BLKRCK EQTY DIVIDEND-A BLACKROCK FUNDS | | | | | Buy | 03/15/11 | K | | |
| 44. -DWS Short DUR Plus - A DWS Funds | | | | | | | | | |
| 45. -Eaton Amt Muni Inc-A Eaton Vance Group | | | | | | | | | |
| 46. -FID ADV FLOAT RT H/INC-A | | | | | Sold | 04/25/11 | M | E | |
| 47. -Fid Adv New Insights-A Fidelity Advisor Funds | | | | | Buy | 04/26/11 | L | | |
| 48. -GAB EQUITY INCOME-A GABELLI FUNDS | | | | | Sold (part) | 07/06/11 | J | B | |
| 49. -Ivy Asset Strategy-A Waddell & Reed Funds | | | | | Sold (part) | 08/05/11 | K | D | |
| 50. -MFS Muni Ltd Maturity-A MFS Family of Funds | | | | | | | | | |
| 51. -Opp Intl Bond-A Oppenheimer Funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Opp Gold & SP Minerals-A Oppenheimer Funds | | | | | Sold (part) | 01/20/11 | J | D | |
| 53. -Opp Ltd Interm Muni-A Oppenheimer Funds | | | | | | | | | |
| 54. -Opp Developming Mkts-A Oppenheimer Funds | | | | | | | | | |
| 55. -Perm Portfolio Permanent Family of Funds | | | | | Sold (part) | 08/05/11 | K | D | |
| 56. -Opp Ltd Term NY Muni-A Oppenheimer Funds | | | | | | | | | |
| 57. -Amer T/E Bond of Amer-A American Funds Group | | | | | | | | | |
| 58. -VK Muni Income-A Van Kampen Funds (name change) (Y) | | | | | | | | | |
| 59. -Van Eck GL Hard Assets-A Van Eck Global Funds | | | | | | | | | |
| 60. -Blackrock Muniholdings New York Insured Fund Inc | | | | | | | | | |
| 61. -Nuveen New York Invt Quality Municipal Fund Inc | | | | | | | | | |
| 62. -BLKRCK EQTY DIVIDEND-A | | | | | | | | | |
| 63. -Eaton Amt Muni Inc-A Eaton Vance Group | | | | | | | | | |
| 64. -Fid Adv Float Rt H/Inc-A Fidelity Advisor Funds | | | | | Sold (part) | 01/20/11 | K | C | |
| 65. -Gld High Yield Muni-A Goldman Sacks Asset Mgmt | | | | | | | | | |
| 66. -MFS Muni Ltd -Maturity-A MFS Family of Funds | | | | | | | | | |
| 67. -Opp Amt Free NY Muni-A Oppenheimer Funds | | | | | | | | | |
| 68. -Pioneer Amt-Free Muni-A Pioneer Funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Amer T/E Bond of Amer-A American Funds Group | | | | | | | | | |
| 70. -Virtus Tax Exempt Bond-A Virtus Funds | | | | | | | | | |
| 71. - Fred Alger Large Cap Growth IRA | | | | | | | | | |
| 72. - Franklin Intermediate Fixed Income IRA | | | | | | | | | |
| 73. - Spectrum Hybrid Preferred IRA | | | | | | | | | |
| 74. - Renaissance International Equity IRA | | | | | | | | | |
| 75. - Alliancebernstein Large Cap Core IRA | | | | | | | | | |
| 76. - Munder Mid Cap Core IRA | | | | | | | | | |
| 77. - RiverSource Retirement Advisor 4 Advantage VA-Annuity | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding [redacted] non-investment income, no further receipts are expected from Dewey Ballantine Partnership, and capital owing (Investments and Trusts Line 6) is uncollectible and written off for tax purposes in tax year 2011.

Regarding Investments and Trusts Line 5, Unsecured loan to David W. McClintick, the loan is uncollectible and written off for tax purposes in tax year 2011.

Regarding Investments and Trusts Lines 24, 25 and 26 on the 2010 Report which are Lines 22, 23 and 24 on this 2011 Report:
On 5/24/11, INVESCO GLB DIV GW SERCUR A, Exchange Delivered Out and Received In INVESCO GLOBAL CORE EQUITY A;
On 5/24/11, INVESCO SPECIAL VALUE A, Exchange Delivered Out and Received In INVESCO VK SMALL CAP VALUE A; and
On 11/17/11, MS SPECIAL GROWTH FUND A, Exchange Delivered Out and Received In MSIF SMALL CO GROWTH PTF H.

Investments and Trusts Lines 30-34, Fiduciary Holdings, remain on this report though it was reported last year that they would be removed. As of November 2010, a new trustee accepted appointment, but confirmation by court filing was effective in February 2012. In an abundance of caution, Lines 30-34 remain on this 2011 report. They will not appear on future reports.

Investments and Trusts Line 37 on the 2010 Report, Neuberger State Street Mid Cap Growth Investor Class was sold in 2010, but the sale was inadvertently omitted from the 2010 Report. That fund is no longer reportable, and it does not appear on this 2011 Report.

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

A pending claim against American International Group, Inc. is currently in litigation (04 Civ. 8141 (DAB) (AJP)). The worth of that claim cannot be determined at this time.

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Sack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544